IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03079-RPM

RHONDA VALDEZ,

      Plaintiff,

v.

TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,

      Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

      Upon consideration of Plaintiff's Response to Order to Show Cause [14] filed

May 22, 2011, it is

      ORDERED that this Court's Order to Show Cause entered on May 16, 2011, is

discharged.

      DATED:   May 25th, 2011

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior Judge