IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03079-RPM

RHONDA VALDEZ,

    Plaintiff,

v.

TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    Pursuant to the Stipulation for Dismissal with Prejudice, filed February 17, 2012 [31], it is

    ORDERED that this civil action is dismissed with prejudice, each party to bear her/its own attorneys' fees and costs.

    DATED:  February 17th , 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge